IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CV382** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | **ORDER OF REFERENCE** |
| | ) | |
| **DELORES A. LEHN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Suggestion of Bankruptcy filed by Defendant Delores A. Lehn, (Filing No. 6). All cases under Title 11 of the United States Code, and all proceedings arising under such Title 11, or arising in or related to a case under Title 11, are referred to the bankruptcy court pursuant to 28 U.S.C. § 157. Pursuant to NEGenR 1.5(a)(1), "Upon the filing of a suggestion in bankruptcy, . . . the entire case will be referred to the bankruptcy court of this district for further action." Accordingly,

IT IS ORDERED:

1. Pursuant to NEGenR 1.5(a)(1), this case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska;

3. The Clerk of the Court for the District of Nebraska shall transmit the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 21st day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge